# United States District Court

## EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | **CRIMINAL COMPLAINT** |
| *Plaintiff,* | |
| v. | Case No.  25-MJ-110-JAR |
| **DENTON WILLIAM GAGE,** | |
| *Defendant.* | |

I, Jared Helms, the undersigned complainant, state that the following is true to the best of my knowledge and belief.

On or about March 19, 2025, in the Eastern District of Oklahoma, **DENTON WILLIAM GAGE,** committed the crimes of Mailing Threatening Communications, in violation of Title 18, United States Code, Section 876(c) and Interstate Transmission of Threatening Communication, in violation of Title 18, United States Code, Section 875(c).

I further state that I am a Deputy United States Marshal with the United States Marshals Service, and that this complaint is based on the following facts:

(See attached Affidavit of Jared Helms, which is attached hereto and made a part hereof by reference.)

☒        Continued on the attached sheet.

Jared Helms
Deputy United States Marshal
United States Marshals Service

Sworn to on **March 29, 2025**

JASON A. ROBERTSON
UNITED STATES MAGISTRATE JUDGE
Title of Judicial Officer

Signature of Judicial Officer

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF OKLAHOMA

### AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Jared Helms, being duly sworn, do hereby depose and state as follows:

### INTRODUCTION

1.    I am a Deputy United States Marshal ("DUSM") with the United States Marshals Service ("USMS") assigned to the Eastern District of Oklahoma as a Protective Threat Investigator. I investigate crimes involving threats to the judiciary and USMS protected persons. In addition, my assignment obligates me to apprehend state and federal fugitives and, as such, I am charged with enforcing all laws in all jurisdictions of the United States, its territories and possessions. I have been employed as a Deputy United States Marshal for four (4) years.

2.    This affidavit is intended to set forth probable cause for violations of 18 U.S.C. § 876(c) (Mailing Threatening Communications) and 18 U.S.C. § 875(c) (Threatening Interstate Communications) against Denton William GAGE (DOB XX/XX/1986) (hereinafter referred to as "GAGE").

3.    Title 18, United States Code, Section 876(c) provides: "[w]hoever knowingly so deposits or causes to be delivered as aforesaid, any communication with or without a name or designating mark subscribed thereto, addressed to any person and containing any threat to kidnap any person or any threat to injure the person of the addressee or of another, shall be fined under this title or imprisoned not more than five years, or both. If such communication is addressed to a United States judge, a Federal law enforcement officer, or an official who is covered by section 1114, the individual shall be fined under this title, imprisoned not more than 10 years, or both."

4.    Title 18, United States Code, Section 875(c) provides: "[w]hoever transmits in interstate or foreign commerce any communication containing any threat to kidnap any person or

1

any threat to injure the person of another, shall be fined under this title or imprisoned not more than five years, or both."

5.      The statements contained in this affidavit are based in part on information provided by other agencies; written reports and evidence I have received, directly or indirectly, from other law enforcement agents; independent investigation; and my experience, training, and background as a DUSM with the USMS.

## PROBABLE CAUSE

6.      Based on my investigative efforts and personal knowledge, I have learned the following:

7.      On February 25, 2025, the Eastern District of Oklahoma Office of the Court Clerk received a letter signed by GAGE and dated February 20, 2025. The return address on the envelope listed the name "Denton W. Gage" with an address in Salem, Oregon. This letter did not contain any threats to the judiciary but it did have violent language directed toward retired Oklahoma Governor Mary Fallin. Therefore, the USMS notified the Oklahoma Highway Patrol and a copy of the letter was sent to the Deputy Chief of Patrol Jason Holt.

8.      On March 24, 2025, the Eastern District of Oklahoma Office of the Court Clerk received another letter signed by GAGE and dated March 18, 2025. This letter, attached hereto as Exhibit 1 and postmarked March 19, 2025, was addressed to the U.S. District Court Clerk but directed to Judge John F. Heil, United States District Judge for the Eastern District of Oklahoma. The return address on the envelope was "Denton Gage #831786 1200 SW First Ave. Portland, OR 97204." Based on internet research I know that 1200 SW First Avenue in Portland, Oregon is the address of the Central Courthouse for Multnomah County in Portland, Oregon. The USMS for the Eastern District of Oklahoma received notice of the letter on March 25, 2025. The letter states in

part, "...I'll be pursuing my $200,000 price tag in the Oregon judicial system to try to get you assassinated for blatently [sic] committing a U.N. violation en repititus [sic]..." The letter also states that GAGE officially changes his address of record to the Multnomah County Jail/Sheriff's Department and associates inmate number 831736 with the address.

9.      On March 25, 2025, I verified that GAGE is currently in the custody of the Multnomah County Sheriff's Office in Portland, Oregon, and that he was in custody on March 19, 2025, the date the letter was postmarked. GAGE is being held there on five misdemeanor charges: one count of Assault IV, three counts of Harassment-B misdemeanors, and one count of Theft III C Misdemeanor. I have also confirmed that GAGE's inmate number at the Multnomah County Jail is 831736.

10.     On March 26, 2025, while reviewing documents in Eastern District of Oklahoma Case Number 6:25-cv-00069-DES, entitled, *Denton William Gage v. Attorney General's Office of Oklahoma, et al*, I found a notarized Request of Emergency Rule 8 Hearing, which was signed by GAGE on February 26, 2025, and filed on March 10, 2025. Dkt. No. 2-8. The notary stamp indicates that the notary is located in Oregon. GAGE's notarized signature is consistent with the signature on the two letters discussed above, including the signature on Exhibit 1.

11.     On March 27, 2025, the USMS interviewed GAGE while he was in custody in Multnomah County, Oregon. During the post-*Miranda* interview, GAGE admitted that he wrote the March 18, 2025 letter, but denied that he wanted to threaten Unites States District Judge Heil.

### CONCLUSION

12.     Based on the information contained in this affidavit, I have probable cause to believe that Denton William GAGE committed violations of 18 U.S.C. § 876(c) (Mailing Threatening Communications) and 18 U.S.C. § 875(c) (Threatening Interstate communications).

3

Respectfully submitted,

Jared Helms
Deputy United States Marshal
United States Marshals Service

Sworn to on this 28th day of March, 2025.

JASON A. ROBERTSON
UNITED STATES MAGISTRATE JUDGE

4

CV: 25.69.DES

**FILED**

Dear Judge Heil,

I have executed every minute order I have been court ordered to be made aware of. Unfortunately I tried to walk in to the U.S. Federal Courthouse here in Portland to get a record other than the U.S. P.S that document had received a new case number or retained the name Gage V. Newton. I find it outside of the realm of possibility with the facts before the States of Washington, Oregon, Arizona, Florida, and Oklahoma that any federal case petition in any of my affairs belong before any other court than the Eastern District of Oklahoma. I ran out

MAR 24 2025

**BONNIE HACKLER**
Clerk, U.S. District Court

By_____
Deputy Clerk

GOVERNMENT'S
EXHIBIT
1

of money while preparing my case
before the court and had to send
my @125 filing fee regular mail
because the State of Oregon
has intently, and criminally violated
O.R.S. statutes (approx. 11) and
a court order in a water case.
I have been placed into custody
of The Multnomah County Sheriff's
Office/Multnomah County Jail
upon inspection of my intents and
purposes of both Caccia V. Gage (200)
my NAIC documentative procedures
and U.S. Justice Dept. Complaint
# 575 996-VVL.

I honestly don't expect to
get justice, I never really did
after you guys murdered me to

Western District and Governor of OK denied my request for Pardon, both in the Cimarron Correctional Facility in Cushing, OK.

Everybody knows the facts that are spilling out of my body and already did in CF-2014-2822 before the Tulsa County Court System on blatant legal malice then.

Your a fucking idiot... If you can find the time to abide by your congressionally deduced power unlike the first time I filed in your district approx Jan 29th, 2018, I officially change my address of record with the court to the Multnomah County Jail/sheriffs Dept inmate #

831736. I guess you'll be telling me to go fuck myself again and denying me my or a child before any court so I'll be pursuing my #230,000 price tag in the Oregon judicial system to try to get you assassinated for blatently committing a U.N. violation en repititas. Deuces.

Denton W. Gage
3/18/25
Attorney Marguda, Greg
Metropolitan Public Defender
1615 SW Main St, Ste #1100
Portland, OR 97204

RECEIVED

MAR 24 2025

BONNIE HANDLEN
Clerk, U.S. District Court
Deputy Clerk



